OPINION — AG — THE COUNTY COURT CLERK STENOGRAPHER CAN BE PAID FROM THE COURT FUND OF THE COUNTY FOR TRANSCRIPTS OF ARRAIGNMENTS IN CRIMINAL CASES WHEN ORDERED TO MAKE AND FILE SUCH TRANSCRIPTS BY THE COUNTY JUDGE, REGARDLESS OF THE FINAL CULMINATION OF THE PARTICULAR CASE. CITE: 62 O.S. 1961 323.1 [62-323.1], OPINION NO. 65-165, 20 O.S. 1961 111 [20-111] 20 O.S. 1961 334 [20-334] (W. J. MONROE)